UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE I. QUEEN, et al., | No. 2:04-cv-00974-MCE-GGH |
| Plaintiffs, | |
| v. | **NON RELATED CASE ORDER** |
| SHINGLE SPRINGS BAND OF MIWOK INDIANS, et al., | |
| Defendants. / | |
| SHINGLE SPRINGS BAND OF MIWOK INDIANS, a federally recognized Indian Tribe, | No. 2:10-cv-01396-FCD-GGH |
| Plaintiff, | |
| v. | |
| SHARP IMAGE GAMING, INC., a California corporation, et al., | |
| Defendants. / | |

The court has received the Notice of Related Cases concerning the above-captioned cases filed June 11, 2010. See Local Rule 123, E.D. Cal. (1997).

///

1

The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

Dated: July 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE